UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| CARLOS COLDON, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | NO. 3:17-cv-01296 |
|  | ) | CHIEF JUDGE CRENSHAW |
| METROPOLITAN GOVERNMENT, ET AL., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## ORDER

Before the Court is a Report and Recommendation (Doc. No. 31) from the Magistrate Judge recommending that the Court grant the Motion for Summary Judgment of Defendants Metropolitan Government, Pam Hale, Jessie Oliver, and Jason Saad.[1] (Doc. No. 27). No objections have been filed to the Report and Recommendation and, indeed, Plaintiff did not respond to the Motion for Summary Judgment. Nevertheless, the Court has reviewed the Report and Recommendation. The Court agrees with the Magistrate Judge that, on the undisputed material facts, Plaintiff has failed to exhaust his administrative remedies as required. Accordingly, the Report and Recommendation (Doc. No. 31) is **APPROVED AND ADOPTED**. The Motion for Summary Judgment (Doc. No. 27) is **GRANTED**. This is a final order. The Clerk shall issue judgment in favor of Defendants Metropolitan Government, Pam Hale, Jessie Oliver, and Jason Saad under the Federal Rules of Civil Procedure and close the file.

---

[1] The other Defendants in this action either were previously dismissed or were never served. (Doc. No. 31 at 1 n.1.)

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE